UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH C. HALL,<br><br>       Plaintiff<br><br>       v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>       Defendant. | Case No. 2:14-cv-9413-JFW (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report.

Accordingly, **IT IS ORDERED** that:

(1) the decision of the Commissioner of the Social Security Administration is REVERSED and this matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings;

(2) this action be DISMISSED WITH PREJUDICE; and

1  (3) that Judgment be entered in favor of Hall.

2  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

3

4  DATE: December 14, 2015                    _____

5                                              JOHN F. WALTER
                                               UNITED STATES DISTRICT JUDGE