JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH C. HALL,<br>    Plaintiff<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>    Defendant. | Case No. 2:14-cv-9413-JFW-GJS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED:  December 14, 2015      _____
                               JOHN F. WALTER
                               UNITED STATES DISTRICT JUDGE