ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Elizabeth C. Hall

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ELIZABETH C. HALL, | CASE NO. CV-14-9413-(GJS) |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COURT COSTS PURSUANT TO 28 U.S.C. § 1920 |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

////

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of FIVE-THOUSAND FOUR-HUNDRED DOLLARS and NO CENTS ($5,400.00), as authorized by 28 U.S.C. § 2412(d), and Court

costs in the amount of FOUR-HUNDRED DOLLARS and NO CENTS ($400.00), pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: February 18, 2016

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE